In the Matter of APRIL C., an Infant. ONONDAGA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; WENDY C.-C., Appellant. (Appeal No. 2.) [817 NYS2d 564]—Appeal from an order of the Family Court, Onondaga County (Michael L. Hanuszczak, J.), entered September 6, 2005 in a proceeding pursuant to Family Court Act § 1055-a. The order directed petitioner to take steps to recruit prospective adoptive parents for the child.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs.

Same memorandum as in *Matter of April C.* (31 AD3d 1200 [2006]). Present—Hurlbutt, J.P., Kehoe, Gorski, Green and Pine, JJ.